UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HIDALGO CHRISTIAN, on behalf of himself
and others similarly situated in the proposed
FLSA collective action,                                               JUDGMENT

                       Plaintiff,                                         22-cv-4774 (BMC)

    v.

MH PLUMBING & MECHANICAL CORP.
and MARTIN HERNANDEZ,

                       Defendants.
-----------------------------------------------------------------X

      A Memorandum, Decision, and Order of Brian M. Cogan, United States District Judge, having been filed on January 30, 2023, granting plaintiff's motion for a default judgment to the extent set forth in the Order; directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants, jointly and severally, in the amount of $5142.86 for compensatory and liquidated damages, $4668.75 in attorneys' fees, and $584.60 in costs, for a total of $10,396.21; it is

      ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted to the extent set forth in the Order; that judgment is hereby entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $5,142.86 for compensatory and liquidated damages, $4,668.75 in attorneys' fees, and $584.60 in costs, for a total of $10,396.21.

Dated: Brooklyn, New York                                           Brenna B. Mahoney
       February 1, 2023                                                Clerk of Court

                                                                    By:   */s/Jalitza Poveda*
                                                                               Deputy Clerk